USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/26/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA BARON,

                Plaintiff,        11 Civ. 4262 (JGK)

     - against -            <u>ORDER</u>

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated March 4, 2013. The Report and Recommendation recommends that the defendant's motion for judgment on the pleadings be denied and that the plaintiff's motion for judgment on the pleadings be granted to the extent that the case be remanded to the Commissioner of Social Security for further proceedings consistent the Magistrate Judge's Report and Recommendation.

    Neither party has filed any objections to the Report and Recommendation and the time for filing such motions has passed. In any event, the Court has reviewed the thorough Report and Recommendation and finds that it is well founded. The Court therefore adopts the Report and Recommendation.

Therefore, the defendant's motion for judgment on the pleadings is **denied** and the plaintiff's motion for judgment on the pleadings is **granted** to the extent that the Commissioner's decision is reversed and this case is remanded to the Commissioner for further proceedings consistent with the Report and Recommendation of Magistrate Judge Dolinger. **The Clerk is directed to enter judgment and to close this case. The Clerk is also directed to close all pending motions.**

SO ORDERED.

Dated:   New York, New York
         March 26, 2013

_____
John G. Koeltl
United States District Judge