**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SANDRA BARON,**

**11 Civ. 4262 (JGK)**

**Plaintiff,**

**ORDER**

**- against -**

**MICHAEL J. ASTRUE,**

**Commissioner of Social Security**

**Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___5-7-18___

---

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation (the "Report") of Magistrate Judge Gorenstein dated April 5, 2018. The Report recommends that the Court award the plaintiff's attorney attorney's fees in the amount of $57,754.80, and that the plaintiff's attorney return to the plaintiff the $11,382.07 he received pursuant to the Equal Access to Justice Act, as well as the $12,152 he has held in escrow, which the plaintiff's attorney indicates has already been returned. See Dkt. No. 80.

Neither party objects to the Report. In any event, the Court finds that the Report is well reasoned and correct. The Court therefore adopts the Report and grants the plaintiff's attorney's request for attorney's fees as provided in the Report.

**SO ORDERED.**
**Dated:    New York, New York**
**         May 5, 2018**

John G. Koeltl
United States District Judge